UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MORGAN STANLEY SMITH BARNEY LLC,

Plaintiff,

v.

TONYA JONES, et. al.,

Defendants.

Case No. 2:26-cv-01992-APG-EJY

**ORDER**

Before the Court is Defendant Tonya M. Jones's Motion for Permission to Use and Register for Electronic Case Filing. ECF No. 15. Under Local Rule IC 2-1(b), a "pro se litigant may request the court's authorization to register as a filer in a specific case."

IT IS HEREBY ORDERED that Defendant's Motion for Permission to Use and Register for Electronic Case Filing (ECF No. 15) is GRANTED.

IT IS FURTHER ORDER that the Clerk of Court must send Defendant the form Consent for Electronic Service of Documents and instructions for the same.

IT IS FURTHER ORDERED that Defendant must submit the Consent for Electronic Service of Documents to the Clerk of Court on or before **October 9, 2026**.

IT IS FURTHER ORDERED that Defendant is not authorized to file electronically until the Consent form is submitted. Upon timely submission of the Consent form, Defendant must contact the CM/ECF Help Desk at (702) 464-5555 to configure Defendant's CM/ECF account.

Dated this 10th day of September, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE